UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **JEFFREY DENNIS ROE,** | ) |
| | ) No. EDCV 11-814 R(AJW) |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| **JAMES A. YATES, WARDEN,** | ) |
| | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.

Dated: _June 6, 2011_

_____
Manuel L. Real
United States District Judge